For Clerk's Use Only

CYNTHIA PUSTELAK
JOSEPH LATHUS
<u>PO BOX  #597</u>
<u>SHOW LOW, AZ 85901</u>
928-270-1554
<u>JOETATTOOSKI@GMAIL.COM</u>
Representing [X] Self or [ ] Lawyer for _____
Lawyer's Bar Number: _____

# IN THE UNITED STATES DISTRICT COURT OF COLOMBIA

*CYNTHIA PUSTELAK*                            Case Number: 22-cv-01228
*JOSEPH LATHUS*
*PO BOX  #597*                                       MOTION TO LEAVE TO FILE
*SHOW LOW, AZ 85901*                       SUPPLEMENTAL EXHIBITS
*(928) 270-1554*
Plaintiff(s) Name / Address / Phone
vs.

*Gov. Douglas Ducey, in his Official capacity acting as Governor of Arizona.*
*400 W Congress St # 500, Tucson, AZ 85701*
*+1 520-628-6580*

*Navajo County Government,*
*Navajo County Superior Court,*
*Vickie Lester in her Official capacity acting as  judicial clerk*

Case Number: 22-cv-01228

*Judge Melinda Hardy, acting in her full capacity as magistrate*
*Judge Joseph Clark, acting in his full capacity as magistrate*
*100 Code Talkers Dr, Holbrook, AZ 86025*
*+1 928-524-4213*

*The City of Show Low,*
*Mike Allsop, acting in his full capacity as elected city council member*
*Brandt Clark acting in his full capacity as elected city council member*
*Steve North acting in his full capacity as Business Development Coordinator*
*Ed Muder acting in his full capacity as city manager*
*Jay Brimhall, acting in his full capacity as Community Service director*
*180 N 9th St, Show Low, AZ 85901*
*+1 928-532-4000*

*The Show Low Aquatic Center,*
*Becca Allsop Seeley acting in her full capacity as Show Low Aquatic Center Manager*
*Jane Doe Lifeguard, acting in her full capacity as lufeguard*
*1100 W Deuce of Clubs, Show Low, AZ 85901*
*+1 928-532-4130*

*The Show Low Chamber of Commerce,*
*Navajo County Government*
*The City of Show Low*
*Brandt Clark acting in his full capacity as Deputy County Attorney*

Case Number: 22-cv-01228

*Diana North*
*81 E Deuce of Clubs, Show Low, AZ 85901*
*+1 928-362-5284*

*Northstar Business center*
*Diana North*
*Steve North*
*141 N 6th St, Show Low, AZ 85901*
*+1 928-532-2680*

*The Doyle Law Firm,*
*William Doyle acting in his full capacities as an officer of the court*
*Brandon Milian acting in his full capacities as an officer of the court*
*1313 E Osborn Rd # 220, Phoenix, AZ 85014*
*+1 602-240-6711*

Defendant(s) Name / Address / Phone

I am the [ X] Plaintiff  [  ] Defendant in this case.

**MOTION FOR LEAVE TO USE A POST OFFICE BOX**

Case Number: 22-cv-01228

Joseph Lathus the Plaintiff lives on social security Disability and due to this amount at its current level in combination with the cost of raising children with the cost of living is too high in most cities/towns to afford a rental apartment Mr. Lathus as such lives in an extremely rural area in which regular mail delivery is unavailable. Mr Lathus seeks the honorable Judges permission to file this motion for leave to use a Post Office Box.

Thank you your honor

Name___Joseph Lathus_____

Signature_____

Date___05/16/2022_____

Name___Cynthia Pustelak_____

Signature_____

Date___05/16/2022_____

[ X ] Plaintiff   [ ] Defendant

Entered by Clerk of Courts

Name_____

Date: _____

Case Number: 22-cv-01228

Signature_____

**For Official Use Below**