For Clerk's Use Only

CYNTHIA PUSTELAK
JOSEPH LATHUS
<u>PO BOX #597</u>
<u>SHOW LOW, AZ 85901</u>
928-270-1554
<u>JOETATTOOSKI@GMAIL.COM</u>
Representing [X] Self or [ ] Lawyer for _____
Lawyer's Bar Number: _____

# IN THE UNITED STATES DISTRICT COURT OF COLOMBIA

*CYNTHIA PUSTELAK*
*JOSEPH LATHUS*
*PO BOX #597*
*SHOW LOW, AZ 85901*
*(928) 270-1554*
Plaintiff(s) Name / Address / Phone
vs.

*Gov. Douglas Ducey, in his Official capacity acting as Governor of Arizona.*
*400 W Congress St # 500, Tucson, AZ 85701*
*+1 520-628-6580*

*Navajo County Government,*
*Navajo County Superior Court,*

Case Number: 22-cv-01228

**MOTION TO REQUEST**
**SERVICE OF PROCESS**
**BY US MARSHALLS**

THE UNITED STATES DISTRICT
COURT OF THE DISTRICT OF COLOMBIA
MOTION TO REQUEST
SERVICE OF PROCESS
BY US MARSHALLS

Page 1 of 5

Case Number: 22-cv-01228

*Vickie Lester in her Official capacity acting as judicial clerk*
*Judge Melinda Hardy, acting in her full capacity as magistrate*
*Judge Joseph Clark, acting in his full capacity as magistrate*
*100 Code Talkers Dr, Holbrook, AZ 86025*
*+1 928-524-4213*

*The City of Show Low,*
*Mike Allsop, acting in his full capacity as elected city council member*
*Brandt Clark acting in his full capacity as elected city council member*
*Steve North acting in his full capacity as Business Development Coordinator*
*Ed Muder acting in his full capacity as city manager*
*Jay Brimhall, acting in his full capacity as Community Service director*
*180 N 9th St, Show Low, AZ 85901*
*+1 928-532-4000*

*The Show Low Aquatic Center,*
*Becca Allsop Seeley acting in her full capacity as Show Low Aquatic Center Manager*
*Jane Doe Lifeguard, acting in her full capacity as lufeguard*
*1100 W Deuce of Clubs, Show Low, AZ 85901*
*+1 928-532-4130*

*The Show Low Chamber of Commerce,*
*Navajo County Government*
*The City of Show Low*

Case Number: 22-cv-01228

*Brandt Clark acting in his full capacity as*
*Deputy County Attorney*
*Diana North*
*81 E Deuce of Clubs, Show Low, AZ 85901*
*+1 928-362-5284*

*Northstar Business center*
*Diana North*
*Steve North*
*141 N 6th St, Show Low, AZ 85901*
*+1 928-532-2680*

*The Doyle Law Firm,*
*William Doyle acting in his full capacities as an officer of the court*
*Brandon Milian acting in his full capacities as an officer of the court*
*1313 E Osborn Rd # 220, Phoenix, AZ 85014*
*+1 602-240-6711*

Defendant(s) Name / Address / Phone

I am the [ X] Plaintiff  [  ] Defendant in this case.

Case Number: 22-cv-01228

# MOTION TO REQUEST
# SERVICE OF PROCESS
# BY US MARSHALLS

The Plaintiffs due to the nature of this case the potential criminal allegations involving elected officials and the Navajo County government resorting to using police to chase the Plaintiffs off the property several occasions when dropping off documents already. The summons and complaint may be served by any person who is not a party and is at least 18 years old. Service is effected by the U.S. Marshal only when specifically ordered by the court. In general, such court-ordered service will be limited to cases where the plaintiff is authorized by the court to proceed in forma pauperis, under 28 USC 1915, or as a seaman, under 28 USC 1916. However, in any case, the court has discretion to order service by the U.S. Marshal.

Thank you, your honorable judge

Name___Joseph Lathus_____

Signature_____

Date___05/21/2022_____

Name___Cynthia Pustelak_____

Signature_____

Date___05/21/2022_____

[ X] Plaintiff   [ ] Defendant

Case Number: 22-cv-01228

Entered by Clerk of Courts

Name_____

Date: _____

Signature_____

**For Official Use Below**